## BINGHAM *et al.* v. WESTHEIMER *et al.*

No. 3247.   Opinion Filed May 14, 1912.

(123 Pac. 1126.)

*Error from District Court, Carter County;*
*Stilwell H. Russell, Judge.*

Action by G. W. Bingham and others against Max Westheimer and others.   From the judgment, Bingham and others. appeal.   Dismissed.

*J. V. Cabell* and *A. C. Cruce,* for plaintiffs in error.

*J. F. Bledsoe,* for defendants in error.

PER CURIAM.   For the reason that the judgment sought to be reviewed by this proceeding in error was rendered and entered June 25, 1910, and no petition in error was filed in this. court within a year from that date, and not until November 1,. 1911, the motion to dismiss this appeal is sustained.